# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIAN "JOSIE" WASHINGTON-MCQUAY,<br>West Chester, PA  19382,<br><br>    Plaintiff,<br><br>v.<br><br>WW HEALTH SOLUTIONS,<br>675 Sixth Avenue, 6th Floor,<br>New York, NY 10010,<br><br>WW NORTH AMERICA HOLDINGS, INC.<br>675 Sixth Avenue, 6th Floor,<br>New York, NY 10010,<br><br>&<br><br>WW INTERNATIONAL, INC. f/k/a<br>WEIGHT WATCHERS INTERNATIONAL, INC.<br>675 Sixth Avenue, 6th Floor<br>New York, NY 10010<br><br>Defendants. | CIVIL ACTION NO. _____ |

## DEFENDANTS' NOTICE OF REMOVAL

**TO:   CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Named defendants WW Health Solutions, WW North America Holdings, Inc., and WW International, Inc., pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby give notice of the removal of this action from the Court of Common Pleas for Philadelphia County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania.  In support thereof, defendants state the following:

1.  Plaintiff Marian Washington-McQuay ("Plaintiff") commenced this action by Writ of Summons on July 23, 2021, in the Court of Common Pleas for Philadelphia County, Pennsylvania, at Docket No. 001856 (July Term 2021) (the "State Court Action").  (*See* Exhibit 1.)

2.  Service of the Writ of Summons was accepted by counsel for defendants on August 10, 2021.  (*See* Exhibit 2.)

3.  On October 27, 2021, a Scheduling Order was entered in the State Court Action, a copy of which was provided to undersigned counsel by counsel for Plaintiff.  (*See* Exhibit 3.)

4.  On November 5, 2021, Plaintiff filed a Complaint in the State Court Action.  (*See* Exhibit 4.)

5.  On November 8, 2021, Plaintiff filed a Praecipe to Attach Verification in the State Court Action (*see* Exhibit 5), a copy of which was provided to undersigned counsel along with a copy of the Complaint by counsel for Plaintiff on November 8, 2021 (*see* Exhibit 6).

6.  On November 18, 2021, the legal department of defendant WW North America Holdings LLC (incorrectly named as WW North America Holdings, Inc.) received by mail a copy of a November 9, 2021 Case Management Order entered in the State Court Action.  (*See* Exhibit 7.)

7.  Plaintiff's Complaint pleads five causes of action:  Count I pursuant to 42 U.S.C. § 1981; Count II pursuant to the Family and Medical Leave Act; Count III pursuant to the New York State Human Rights Law; Count IV pursuant to the New York City Human Rights Law; and Count V pursuant to the Pennsylvania Wage Payment and Collection Law.

8. As such, this Court has jurisdiction pursuant to the provisions of 28 U.S.C. § 1331 and 28 U.S.C § 1367, based upon the fact that Plaintiff presents in Counts I and II claims arising under the Constitution, laws, or treaties of the United States, along with such other claims in Counts III, IV, and V that are so related to Counts I and II that they form part of the same case or controversy under Article III of the United States Constitution.

9. The present lawsuit is therefore removable from the state court to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

10. This Notice of Removal has been filed within thirty (30) days after receipt by Defendants of the Complaint in accordance with 28 U.S.C. § 1446(b).

11. Written notice of the filing of this Notice of Removal has been given to the adverse party in accordance with 28 U.S.C. § 1446(d) and as noted in the attached Certificate of Service.

12. Promptly after filing with this Court and with the assignment of a Civil Action Number, a copy of this Notice of this Removal will be filed with the Court of Common Pleas of Philadelphia County, Pennsylvania in accordance with 28 U.S.C. § 1446(d).

**CURLEY, HURTGEN & JOHNSRUD LLP**

Dated: November 23, 2021

/s/ *Michael A. Curley*
Michael A. Curley (PA 55147)
mcurley@chjllp.com
Patricia A. McCausland (PA 84542)
pmccausland@chjllp.com
2000 Market Street, Suite 2850
Philadelphia, PA 19103
(267) 479-0160

*Attorneys for Defendants*

Case 2:21-cv-05156-GJP   Document 1   Filed 11/23/21   Page 4 of 4

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this day a true and correct copy of the foregoing Notice of Removal was served by electronic mail upon the following counsel for Plaintiff:

> Lane J. Schiff, Esq.
> CONSOLE MATTIACCI LAW, LLC
> 1525 Locust Street, 9th Floor
> Philadelphia, PA  19102

Dated:  November 23, 2021                              /s/ *Michael A. Curley*