# EXHIBIT 1

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| For Prothonotary Use Only (Docket Number) |
|---|
| **JULY 2021**   **001856** |
| E-Filing Number: 2107042982 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| MARIAN "JOSIE" WASHINGTON-MCQUAY | WW HEALTH SOLUTIONS |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 116 LEADLINE LANE<br>WEST CHESTER PA 19382 | 675 SIXTH AVENUE 6TH FLOOR<br>NEW YORK NY 10010 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | WW NORTH AMERICA HOLDINGS, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 675 SIXTH AVENUE 6TH FLOOR<br>NEW YORK NY 10010 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | WW INTERNATIONAL INC.F/K/A WEIGHT WATCHERS INTERNATIONAL INC |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 675 SIXTH AVENUE 6TH FLOOR<br>NEW YORK NY 10010 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 3 | ☐ Complaint   ☐ Petition Action   ☐ Notice of Appeal<br>☒ Writ of Summons   ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS |
|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration   ☐ Mass Tort   ☐ Commerce   ☐ Settlement<br>☒ Jury   ☐ Savings Action   ☐ Minor Court Appeal   ☐ Minors<br>☐ Non-Jury   ☐ Petition   ☐ Statutory Appeals   ☐ W/D/Survival<br>☐ Other: |

**CASE TYPE AND CODE**
1E - EMPLOYMENT, WRONGFUL DISCHARGE

**STATUTORY BASIS FOR CAUSE OF ACTION**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED<br>PRO PROTHY**<br>JUL **23** 2021<br>**S. RICE** | IS CASE SUBJECT TO COORDINATION ORDER?<br>YES       NO |
|---|---|---|

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: MARIAN "JOSIE" WASHINGTON-MCQUAY

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| LANE SCHIFF | CONSOLE MATTIACCI LAW, LLC<br>1525 LOCUST ST NINTH FLOOR<br>PHILADELPHIA PA 19102 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)545-7676 | (215)405-2964 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 314179 | schiff@consolelaw.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| *LANE SCHIFF* | Friday, July 23, 2021, 09:29 am |

FINAL COPY (Approved by the Prothonotary Clerk)

**CONSOLE MATTIACCI LAW, LLC**

Lane J. Schiff, Esquire
schiff@consolelaw.com
Identification No. 314179
1525 Locust St., Ninth Floor
Philadelphia, PA 19102
(215) 545-7676
(215) 565-2859 (fax)

Attorney for Plaintiff, Marian "Josie"
Washington-McQuay

*Filed and Attested by the Office of Judicial Records 23 JUL 2021 09:29 am S. RICE*

**THIS IS NOT AN ARBITRATION MATTER**

**A JURY TRIAL IS DEMANDED**
**ASSESSMENT OF DAMAGES IS REQUIRED**

| | |
|---|---|
| **MARIAN "JOSIE" WASHINGTON-MCQUAY**<br>**116 Leadline Lane**<br>**West Chester, PA 19382**<br><br>                    **Plaintiff,**<br><br>          **v.**<br><br>**WW HEALTH SOLUTIONS, WW NORTH AMERICA HOLDINGS, INC., & WW INTERNATIONAL, INC. F/K/A WEIGHT WATCHERS INTERNATIONAL, INC.**<br>**675 Sixth Avenue, 6th Floor**<br>**New York, NY 10010**<br>                    **Defendants.** | **PHILADELPHIA COUNTY-**<br>**COURT OF COMMON PLEAS**<br><br>**DOCKET NO.**<br><br>**JULY TERM, 2021** |

**PRAECIPE FOR SUMMONS**

To: The Director, Office of Judicial Records – Civil Division:

Kindly issue a Writ of Summons – Civil Action to Defendants, WW Health Solutions, WW North America Holdings, Inc., & WW International, Inc., F/K/A Weight Watchers International, Inc., in the above captioned matter, brought pursuant to 42 U.S.C. §1981 ("Section 1981") (discrimination and retaliation, including, without limitation, failure to promote (including, without limitation, President of Sales, Director of Business Development, and Chief/Head of Diversity of Inclusion), removal of sales accounts/territories, failure to make sales liaison, removal of job duties, failure to compensate for sales, issuing an Employee warning letter, issuing a negative performance review, issuing a performance improvement plan, hostile work environment)

Date: <u>July 23, 2021</u>

Signature:   <u>/s/ Lane J. Schiff, Esquire</u>
Print name:  <u>Lane J. Schiff, Esquire</u>
Attorney for: <u>Plaintiff, Marian "Josie"</u>
                   <u>Washington-McQuay</u>
Address:     <u>Console Mattiacci Law, LLC</u>

Case ID: 210701856

1525 Locust Street, 9th Floor
Philadelphia, PA 19102
Telephone:     215-545-7676
Supreme Court ID No.  314179

Case ID: 210701856

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

Marian "Josie" Washington-McQuay

*Plaintiff*

vs.

WW Health Solutions, et al.

*Defendants*

:
:
:
:
:
:
:
:
:
:

COURT  OF  COMMON  PLEAS

July _____ Term, 20 _21___

No._____

To[1]

WW Health Solutions; WW North America Holdings, Inc.,

WW International, Inc., f/k/a Weight Watchers International, Inc.,

675 Sixth Avenue, 6th Floor, New York, NY 10010

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Plaintiff, Marian "Josie" Washington-McQuay is bringing claims against Defendants pursuant to 42 U.S.C. §1981 ("Section 1981") (discrimination and retaliation, including, without limitation, failure to promote (including, without limitation, President of Sales, Director of Business Development, and Chief/Head of Diversity of Inclusion), removal of sales accounts/territories, failure to make sales liaison, removal of job duties, failure to compensate for sales, issuing an Employee warning letter, issuing a negative performance review, issuing a performance improvement plan, hostile work environment)

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*



By: _____

Date: July 23, 2021 _____

10-208 (Rev. 6/14

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 210701856

# Court of Common Pleas

Term, 20 _____

No. _____

Marian "Josie" Washington-McQuay
*Plaintiff*

vs.

WW Health Solutions, et al.
*Defendant*

# SUMMONS

Case ID: 210701856