# EXHIBIT 2

Patricia A. McCausland
**Curley, Hurtgen & Johnsrud LLP**
2000 Market Street, Suite 2850
Philadelphia, PA 19103
pmccausland@chjllp.com
267-558-2057 (phone)
267-256-5263 (fax)
Attorney for Defendants,
WW Health Solutions, WW North America Holdings, Inc., & WW International, Inc., f/k/a Weight Watchers International, Inc.

---

| | |
|---|---|
| **MARIAN "JOSIE" WASHINGTON-MCQUAY**<br>116 Leadline Lane<br>West Chester, PA 19382<br><br>　　　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**WW HEALTH SOLUTIONS, WW NORTH AMERICA HOLDINGS, INC., & WW INTERNATIONAL, INC. F/K/A WEIGHT WATCHERS INTERNATIONAL, INC.**<br>675 Sixth Avenue, 6th Floor<br>New York, NY 10010<br>　　　　　　　　**Defendants.** | **PHILADELPHIA COUNTY-COURT OF COMMON PLEAS**<br><br>**DOCKET NO. 001856**<br><br>**JULY TERM, 2021** |

## ACCEPTANCE OF SERVICE OF THE WRIT OF SUMMONS

I accept service of the Writ of Summons on behalf of Defendants, WW Health Solutions, WW North America Holdings, Inc., & WW International, Inc., f/k/a Weight Watchers International, Inc. in the above-captioned Civil Action, and I certify that I am authorized to do so.

Date: August 10, 2021　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Patricia A. McCausland
　　　　　　　　　　　　　　　　　　Attorney for Defendants, WW Health Solutions,
　　　　　　　　　　　　　　　　　　WW North America Holdings, Inc., & WW
　　　　　　　　　　　　　　　　　　International, Inc., f/k/a Weight Watchers
　　　　　　　　　　　　　　　　　　International, Inc.