# EXHIBIT 3

| | |
|---|---|
| From: | Lane Schiff |
| To: | Patricia McCausland |
| Cc: | Danielle Buccieri |
| Subject: | FW: Notice of Court Event (McQuay) |
| Date: | Thursday, October 28, 2021 3:09:03 PM |
| Attachments: | image550151.png |
| | image047804.png |
| | image938112.png |

Trish – please see the below.  Thanks.



**Lane Schiff**
**Partner, CONSOLE MATTIACCI LAW, LLC**

t: 215.545.7676 | schiff@consolelaw.com

Fax: 215.565.2859 | www.consolelaw.com

1525 Locust Street, 9th Floor, Philadelphia, 19102



Confidentiality Notice: The information contained in this email message is confidential and, if addressed to our client or certain counsel, is subject to the attorney-client privilege or work product privilege and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by email and delete the original message and all copies thereof. Thank you.

Notice: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.

**From:** scheduling.notices@courts.phila.gov <scheduling.notices@courts.phila.gov>
**Sent:** Wednesday, October 27, 2021 6:19 PM
**To:** Lane Schiff <schiff@consolelaw.com>
**Subject:** Notice of Court Event



IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL




LANE SCHIFF
CONSOLE MATTIACCI LAW, LLC
1525 LOCUST ST NINTH FLOOR
PHILADELPHIA, PA 19102



WASHINGTON-MCQUAY VS WW HEALTH SOLUTIONS ETAL

210701856

SCHEDULING ORDER

AND NOW, OCTOBER 27, 2021, it is hereby Ordered that:

1. A Case Management Order will be issued on November 09, 2021, after 01:00 P.M., subsequent to a review by a civil case manager of the electronic court record, civil docket, and case management memoranda.
Attendance by all counsel of record and unrepresented parties is waived. No Case Management Conference will be held.

2. Counsel for Plaintiff is directed to serve a copy of this Order on any unrepresented party or any attorney entering an appearance subsequent to the issuance of this Order.

3. Failure to file a Complaint or effectuate service of process prior to the Case Management Order issuance date may result in issuance of a Rule to Show Cause.

4. Five (5) days prior to the Case Management Order issuance date, all parties are required to electronically file with the Court and serve upon all opposing counsel and/or opposing parties not electronically served by the court a fully completed Case Management Memorandum. To electronically file the Case Management Memorandum, access the "Existing Case" section of the court's electronic electronic filing system. Select "Conference Submissions" as the filing category. Select "Management Memorandum" as the filing type. Any party not registered with the electronic filing system ("EFS") may submit the memorandum via e-mail or USPS first class mail:
CivilCaseManagement@courts.phila.gov
Civil Case Management Conference Center
613 City Hall
Philadelphia PA 19107

5. The Case Management Order will be issued by a civil case manager who shall act on behalf of the Honorable DANIEL ANDERS.

6. This case has been presumptively assigned to the MAJOR JURY-EXPEDITED Case Management Track. This is subject to modification by a civil case manager.

SCHEDULING ORDER - Page 2

WASHINGTON-MCQUAY VS WW HEALTH SOLUTIONS ETAL
210701856

7. If the case settles prior to the Case Management Order issuance date, counsel shall electronically file a settlement letter. To file the letter electronically, access the "Existing Case" section of the court's electronic filing system. Select "Conference Submissions" as the filing category. Select "Settlement Letter" as the document type. Any party not registered with the electronic filing system ("EFS") may submit the Settlement Letter via e-mail or USPS first class mail:
CivilCaseManagement@courts.phila.gov
Civil Case Management Center
613 City Hall
Philadelphia PA 19107

8. Please direct any questions concerning this Order and its contents to CivilCaseManagement@courts.phila.gov.

Click the following link to access important documents related to the scheduled event.
http://www.courts.phila.gov/pdf/forms/civil/CMC-105.pdf


OFFICE OF THE CHIEF DEPUTY
COURT ADMINISTRATOR


D I S C L A I M E R
-------------------------------------------------------------------
The First Judicial District will use your electronic mail address and other personal information only for purposes of Electronic Filing as authorized by Pa. R.C.P. 205.4 and Philadelphia Civil *Rule 205.4.

Use of the Electronic Filing System constitutes an acknowledgment that the user has read the Electronic Filing Rules and Disclaimer and agrees to comply with same.

-------------------------------------------------------------------


This is an automated e-mail, please do not respond!