# EXHIBIT 5

MARIAN "JOSIE" WASHINGTON-MCQUAY :
116 Leadline Lane                                      :
West Chester, PA 19382                            :

                                    Plaintiff,        :
                                                     :
                     v.                              :
                                                     :
WW HEALTH SOLUTIONS, WW NORTH    :
AMERICA HOLDINGS, INC., & WW       :
INTERNATIONAL, INC. F/K/A WEIGHT   :
WATCHERS INTERNATIONAL, INC.      :
675 Sixth Avenue, 6th Floor             :
New York, NY 10010                          :
                                    Defendants.    :
                                                     :

PHILADELPHIA COUNTY
COURT OF COMMON PLEAS

DOCKET NO.  001856

JULY TERM, 2021

*Filed and Attested by the
Office of Judicial Records
08 NOV 2021 03:27 pm
C. MAURIN*

## PRAECIPE TO ATTACH VERIFICATION

TO THE PROTHONOTARY:

    Kindly attach the attached Verification to Plaintiff's Complaint, filed on November 5, 2021, in the above captioned action.

Date:  November 8, 2021

| | |
|---|---|
| Signature: | /s/ Lane J. Schiff, Esquire |
| Print name: | Lane J. Schiff, Esquire |
| Attorney for: | Plaintiff, Marian "Josie" Washington-McQuay |
| Address: | Console Mattiacci Law, LLC |
| | 1525 Locust Street, 9th Floor |
| | Philadelphia, PA 19102 |
| Telephone: | 215-545-7676 |
| Supreme Court ID No.  314179 | |

## **VERIFICATION**

I, Marian "Josie" Washington McQuay, hereby verify that I am the Plaintiff in the above-referenced matter and that the statements made in the foregoing Civil Action Complaint are true and correct to the best of my knowledge, information, and belief.  I understand that intentionally false statements are made subject to the penalties of 18 Pa. C.S. §4904 relating to unsworn falsification to authorities.

Marian J. Washington-McQuay

Marian "Josie" Washington McQuay

DATE: 11/4/2021