# EXHIBIT 6

| | |
|---|---|
| From: | Danielle Buccieri |
| To: | Patricia McCausland |
| Cc: | Lane Schiff |
| Subject: | McQuay v WW |
| Date: | Monday, November 8, 2021 5:14:09 PM |
| Attachments: | image932773.png |
| | image732105.png |
| | image334479.png |
| | Time stamped Complaint.PDF |
| | Praecipe to Attach Verification-0001.PDF |
| | Acceptance of Service for Complaint.pdf |

Ms. McCausland,

Attached please find a time stamped copy of the Complaint that was electronically filed with the Court on November 5, 2021.  Also attached please find an Acceptance of Service.  Please sign the Acceptance of Service form so that we can file it with the Court.  Thank you.

**Danielle Buccieri**
**Paralegal, CONSOLE MATTIACCI LAW, LLC**

t: 215.545.7676 | buccieri@consolelaw.com

Fax: 215.565.2859 | www.consolelaw.com

1525 Locust Street, 9th Floor, Philadelphia, 19102




Confidentiality Notice: The information contained in this email message is confidential and, if addressed to our client or certain counsel, is subject to the attorney-client privilege or work product privilege and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by email and delete the original message and all copies thereof. Thank you.

Notice: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.